**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: December 15, 2009**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 07-33973 |
| JOHN D. AND KIMBERLY A. WHITE | : | Chapter 7 |
| | | Judge Lawrence S. Walter |
| Debtors. | : | |

| | | |
|---|---|---|
| | : | |
| DONALD F. HARKER, III, TRUSTEE | | |
| | : | ADV. PRO. NO.: 09-3142 |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| BAUPOST ASSOCIATES LIMITED PARTNERSHIP, et al., | | |
| | : | |
| Defendants. | | |

**SECOND AGREED ORDER STAYING PROCEEDING AS RELATES TO BAUPOST ENTITIES FOR NINETY (90) DAYS IN ORDER TO PERMIT POTENTIAL DISMISSAL OF SAME WITHOUT UNNECESSARILY INCURRING ATTORNEY FEES**

1

11570070.1

**THIS MATTER** is before the Court pursuant to the agreement of counsel for Plaintiff Donald F. Harker, the duly appointed and acting Chapter 7 Trustee of John D. White and Kimberly A. White ("Plaintiff" or "Trustee"), counsel for the Baupost Named Defendants[1] and Defendant Aurora Loan Services, Inc., to stay this adversary proceeding as against the Baupost Named Defendants for an additional ninety (90) days, up to and including March 15, 2010, to allow the Trustee to receive and review additional documentation to be supplied by Aurora Loan Services, LLC, which may permit the Trustee to determine whether further involvement of the Baupost Named Defendants or other defendants currently included as John Doe defendants is necessary. The stay provided herein shall apply to the Baupost Named Defendants such that they shall not be required to (i) file and serve any response to the First Amended Complaint that has been filed by the Trustee or any other pleading filed by any party to this proceeding, (ii) participate in any discovery pertaining to this proceeding, and/or (iii) take any other affirmative action in this proceeding, and the Baupost Named Defendants shall not be prejudiced by failing

---

[1] The Baupost Named Defendants as referenced herein shall collectively refer to (1) Baupost Associates Limited Partnership, (2) Baupost Capital, L.L.C., (3) The Baupost Fund, (4) Baupost Group Securities L.L.C., (5) The Baupost Group, Inc., (6) The Baupost Group, L.L.C., (7) Baupost Institutional Realty Partners, L.L.C. – I, (8) Baupost Institutional Realty Partners, L.L.C. – II, (9) Baupost Limited Partnership 1983 A-1, (10) Baupost Limited Partnership 1883 A-1 (merged into on Jan. 1, 2003), (11) Baupost Limited Partnership 1983 B-1, (12) Baupost Limited Partnership 1983 B-1 (merged into on Jan. 1, 2003), (13) Baupost Limited Partnership 1983 C-1, (14) Baupost Limited Partnership 1983 C-1 (merged into on Jan. 1, 2003), (15) Baupost Limited Partnership 1983 D-1, (16) Baupost Limited Partnership 1984 D-1, (17) Baupost Limited Partnership 1985 D-1, (18) Baupost Limited Partnership 1985 E-1, (19) Baupost Limited Partnership 1985 F-1, (20) Baupost Partners, L.L.C., (21) Baupost Realty Partners, L.L.C. – I, (22) Baupost Realty Partners, L.L.C. – II, (23) Baupost Realty Partners, L.L.C. – III, (24) Baupost Realty Partners, L.L.C. – CA.AZ, (25) Baupost Realty Partners, Limited Partnership – I, (26) Baupost Realty Partners, Limited Partnership – II (Consent), (27) Baupost Realty Partners, Limited Partnership – III (Consent), (28) Baupost Realty Partners, Limited Partnership – IV (Consent), (29) Baupost Realty Partners, Limited Partnership – V (Consent), (30) Baupost Realty Partners, Limited Partnership – VI (Consent), (31) Baupost Realty Partners, Limited Partnership – VII (Consent) and (32) Baupost Realty Partners, Limited Partnership – VIII (Consent).

to take any affirmative action in the proceeding during the stay provided herein. The stay as provided herein shall have no impact upon the proceedings against the other named defendants in the instant action.

**SO ORDERED.**

**AGREED AND NOTICE OF ENTRY WAIVED:**

/s/ John Paul Rieser_____
John Paul Rieser (0017850)
Patricia J. Friesinger (0072807)
Rieser & Associates LLC
7925 Graceland Street
Dayton, Ohio 45459-3834
Tel: 937/224-4128
Fax: 937/224-3090
e-Mail: attyecfdesk@rieserlaw.com
*Attorneys for Donald F. Harker, III, Trustee*

/s/ Nathan Swehla_____
Nathan Swehla (0074663)
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, Ohio 45201-5480
Tel: 513/241-3100 ext. 3248
Fax: 513/354-6464
e-Mail: sohbk@lsrlaw.com
*Attorney for Aurora Loan Services, LLC*

/s/ W. Timothy Miller_____
W. Timothy Miller (0059952)
Paige Leigh Ellerman (0071561)
Taft Stettinius Hollister, LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Tel: 513/357-9359
Fax: 513/381-0205
e-Mail: ellerman@taftlaw.com
*Attorneys for Baupost Named Defendants*

/s/ Steven E. Elderman_____
Steven E. Elderman (0009066)
Michelle L. Polly-Murphy (0072091)
731 Fife Avenue
Wilmington, Ohio 45177
Tel: 937/382-8747
Fax: 937/382-1127
e-Mail: murphyml@insight.rr.com
*Attorneys for Aurora Loan Services, LLC*

Cc:
John Paul Rieser, Esq., Patricia J. Friesinger, Esq., Rieser & Associates LLC, 7925 Graceland Street, Dayton, Ohio 45459-3834
Nathan Swehla, Esq., Lerner, Sampson & Rothfuss, P.O. Box 5480, Cincinnati, Ohio 45201-5480
W. Timothy Miller, Esq., Paige Leigh Ellerman, Esq., Taft Stettinius Hollister, LLP, 425 Walnut St., Suite 1800, Cincinnati, Ohio 45202-3957
Steven E. Elderman, Esq., Michelle L. Polly-Murphy, Esq., 731 Fife Avenue, Wilmington, Ohio 45177

11570070.1

###

11570070.1