**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: October 25, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 07-33973 |
| JOHN D. AND KIMBERLY A. WHITE | : | Chapter 7 |
| | | Judge Lawrence S. Walter |
| Debtors. | : | |

| | | |
|---|---|---|
| | : | |
| DONALD F. HARKER, III, TRUSTEE | | |
| | : | ADV. PRO. NO.: 09-3142 |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| BAUPOST ASSOCIATES LIMITED PARTNERSHIP, et al., | | |
| | : | |
| Defendants. | | |

### AGREED DISMISSAL ENTRY
_____

Upon agreement of Plaintiff/Trustee Donald F. Harker, III (the "Trustee"), Aurora Loan Servicing ("Aurora"), and the Baupost Named Defendants,[1] notice having been properly given to

---

[1] The Baupost Named Defendants as referenced herein shall collectively refer to (1) Baupost Associates Limited Partnership, (2) Baupost Capital, L.L.C., (3) The Baupost Fund, (4) Baupost Group Securities L.L.C., (5) The

1

all creditors and parties in interest and an Order granting the Trustee's Motion to Settle and Compromise, *inter alia*, this adversary proceeding, having been entered on or about September 22, 2010, this case is hereby resolved between the Trustee, Aurora, and the Baupost Named Defendants (collectively the "Parties") on the terms and conditions set forth below.  Accordingly it is hereby **ORDERED, ADJUDGED, AND DECREED as follows:**

1. The terms and conditions of the Parties' Settlement as stated in the *Agreed Order Granting The Motion Of Trustee To Settle And Compromise All Matters Involving The Real Property Commonly Referred To As 4046 Ivygrove Lane, Mason, Ohio 45040, Including All Matters Raised In Adversary Proceeding 09-3142* are incorporated by reference herein.

2. This Adversary Proceeding is hereby DISMISSED, WITH PREJUDICE.

3. This Court retains jurisdiction upon motion of any Party to enforce the terms and conditions of the settlement as approved by this Court in the above-captioned Bankruptcy Case.

**The Clerk shall treat this as a terminating entry.**

**IT IS SO ORDERED.**

---

Baupost Group, Inc., (6) The Baupost Group, L.L.C., (7) Baupost Institutional Realty Partners, L.L.C. – I, (8) Baupost Institutional Realty Partners, L.L.C. – II, (9) Baupost Limited Partnership 1983 A-1, (10) Baupost Limited Partnership 1883 A-1 (merged into on Jan. 1, 2003), (11) Baupost Limited Partnership 1983 B-1, (12) Baupost Limited Partnership 1983 B-1 (merged into on Jan. 1, 2003), (13) Baupost Limited Partnership 1983 C-1, (14) Baupost Limited Partnership 1983 C-1 (merged into on Jan. 1, 2003), (15) Baupost Limited Partnership 1983 D-1, (16) Baupost Limited Partnership 1984 D-1, (17) Baupost Limited Partnership 1985 D-1, (18) Baupost Limited Partnership 1985 E-1, (19) Baupost Limited Partnership 1985 F-1, (20) Baupost Partners, L.L.C., (21) Baupost Realty Partners, L.L.C. – I, (22) Baupost Realty Partners, L.L.C. – II, (23) Baupost Realty Partners, L.L.C. – III, (24) Baupost Realty Partners, L.L.C. – CA.AZ, (25) Baupost Realty Partners, Limited Partnership – I, (26) Baupost Realty Partners, Limited Partnership – II (Consent), (27) Baupost Realty Partners, Limited Partnership – III (Consent), (28) Baupost Realty Partners, Limited Partnership – IV (Consent), (29) Baupost Realty Partners, Limited Partnership – V (Consent), (30) Baupost Realty Partners, Limited Partnership – VI (Consent), (31) Baupost Realty Partners, Limited Partnership – VII (Consent) and (32) Baupost Realty Partners, Limited Partnership – VIII (Consent).

**AGREED:**

*/s/ Patricia J. Friesinger*

_____
John Paul Rieser (0017850)
Patricia J. Friesinger (0072807)
Rieser & Associates LLC
7925 Graceland Street
Dayton, Ohio 45459-3834
Tel: 937/224-4128
Fax: 937/224-3090
e-Mail: attyecfdesk@rieserlaw.com
*Attorneys for Donald F. Harker, III, Trustee*

*/s/ Nathan Swehla* **by P. Friesinger per e-mail authority received 10/13/2010**

_____
Nathan Swehla (0074663)
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, Ohio 45201-5480
Tel: 513/241-3100 ext. 3248
Fax: 513/354-6464
e-Mail: sohbk@lsrlaw.com
*Attorney for Aurora Loan Services, LLC*

*/s/ Paige Leigh Ellerman* **by P. Friesinger per e-mail authority received 10/5/2010**

_____
W. Timothy Miller (0059952)
Paige Leigh Ellerman (0071561)
Taft Stettinius Hollister, LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Tel: 513/357-9359
Fax: 513/381-0205
e-Mail: ellerman@taftlaw.com
*Attorneys for Baupost Named Defendants*

*/s/ Michelle L. Polly-Murphy* **by P. Friesinger per e-mail authority received 10/5/2010**

_____
Steven E. Elderman (0009066)
Michelle L. Polly-Murphy (0072091)
731 Fife Avenue
Wilmington, Ohio 45177
Tel: 937/382-8747
Fax: 937/382-1127
e-Mail: murphyml@insight.rr.com
*Attorneys for Aurora Loan Services, LLC*

Cc:
John Paul Rieser, Esq., Patricia J. Friesinger, Esq., Rieser & Associates LLC, 7925 Graceland Street, Dayton, Ohio 45459-3834
Nathan Swehla, Esq., Lerner, Sampson & Rothfuss, P.O. Box 5480, Cincinnati, Ohio 45201-5480
W. Timothy Miller, Esq., Paige Leigh Ellerman, Esq., Taft Stettinius Hollister, LLP, 425 Walnut St., Suite 1800, Cincinnati, Ohio 45202-3957
Steven E. Elderman, Esq., Michelle L. Polly-Murphy, Esq., 731 Fife Avenue, Wilmington, Ohio 45177

###